

COX

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR. No. 21-20178-SHL |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| LEMARCO BEAM, | ) | 18 U.S.C. § 922(o) |
| | ) | 26 U.S.C. § 5861(d) |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about July 28, 2021, in the Western District of Tennessee and elsewhere, the defendant,

**LEMARCO BEAM**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being a Glock Model 19 9mm caliber firearm, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about July 28, 2021, in the Western District of Tennessee and elsewhere, the defendant,

### LEMARCO BEAM

did knowingly possess a machinegun, that being a Glock Model 19 9mm caliber firearm, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

On or about July 28, 2021, in the Western District of Tennessee and elsewhere, the defendant,

### LEMARCO BEAM

knowingly received and possessed a machinegun, that being a Glock Model 19 9mm caliber firearm, which was not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1, 2 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) and Title 26 United States code, Section 5872.

Upon conviction of the offense in violation of Title 18, United States Code, Section 922 set forth in Counts 1 and 2 of this Indictment and/or the conviction of the offense in violation of Title 26, United States Code, Section 5861(d), set forth in Count 3.

The defendant Lemarco Beam, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) and/or Title 26, United States code, Section 5872, any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- a Glock Model 19 9mm caliber firearm bearing serial number BGNF802, ammunition, and magazines;

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 26 U.S.C. § 5872.

**A TRUE BILL:**

_____
**F O R E P E R S O N**

DATED: _____

_____
**JOSEPH C. MURPHY, JR.**
**ACTING UNITED STATES ATTORNEY**

3